# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130503

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

WASIM WADIE,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130503
COA: 255803
Oakland CC: 1998-164107-FC

On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006 _____    _____
                  Clerk